UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALL AMERICAN OIL & GAS, INC., **PLAINTIFF** | |
| v. | Cause No. 5:13-cv-00694-HLH |
| HOWARD GOLDEN, FILIP MONTFORT, AND HELEN NATHAN, **DEFENDANTS** | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff All American Oil & Gas, Inc. voluntarily dismisses its complaint. F.R.C.P. 41(a)(1)(A)(i).

Plaintiff's complaint was filed July 31, 2013. A request for waiver of service was promptly made. F.R.C.P. 4(d). No defendant has answered. On December 3, 2013, the court ordered plaintiff to show cause why the complaint should not be dismissed without prejudice. [Dkt. 5]

Plaintiff respectfully notifies the Court that it voluntarily dismisses its complaint without prejudice.

Respectfully Submitted,

**BREWER & PRITCHARD, P.C.**

*/s/ J. Mark Brewer*
J. Mark Brewer, TBN: 02965010
Three Riverway, Suite 1800
Houston, Texas 77056
(713) 209-2950
Brewer@bplaw.com
**ATTORNEY FOR PLAINTIFF
ALL AMERICAN OIL & GAS, INC.**

## CERTIFICATE OF SERVICE

I certify the forgoing document has been served by ECF on December 17, 2013.

                                    */s/ J. Mark Brewer*
                                    J. Mark Brewer